NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBERT BRONT,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3121

---

Petition for review of the Merit Systems Protection Board in case no. SF0752110583-I-1.

---

**ON MOTION**

---

**O R D E R**

Albert Bront previously moved for leave to proceed in forma pauperis. This court denied that motion because Bront was a prisoner, and pursuant to the Prisoner Litigation Reform Act of 1995, this court may not authorizee the prosecution of an appeal by a prisoner without the prepayment of fees. 28 U.S.C. § 1915. Before the prison was instructed to remove funds from Bront's prisoner

account to pay this court's fees, however, Bront was released from prison.  28 U.S.C. § 1915.

The Prisoner Litigation Reform Act provisions are not applicable to a released prisoner.  Bront's obligation to pay filing fees is determined by evaluating whether he qualifies under the general in forma pauperis provision of 28 U.S.C. § 1915(a)(1).  Bront has not submitted Federal Circuit Form 6, which is required by this court for such motions, nor has he paid the court's fees.

This court now considers whether this appeal should be dismissed for failure to prosecute.  *See Julien v. Zeringue*, 864 F.2d 1572, 1574 (Fed. Cir. 1989).  Bront has not updated this court of his address, and this court has no ability to contact him regarding the status of the appeal.  His last known address, the prison, is unable to forward communications to Bront.  Bront has not provided this court with sufficient information to continue the prosecution of this appeal.

Accordingly,

IT IS ORDERED THAT

Absent a response received by this court within 14 days of the date of the filing of this order, this appeal will be dismissed for failure to prosecute.

SEP 0 6 2012
_____
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Albert Bront
    Courtney Sheehan McNamara, Esq.
s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 6 2012

JAN HORBALY
CLERK